# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 651 MAL 2020

        Respondent : 

        : Petition for Allowance of Appeal

        : from the Order of the Superior Court

        v. :

ABRAHAM MICHELE MAMAN, :

        Petitioner :


COMMONWEALTH OF PENNSYLVANIA, : No. 652 MAL 2020

        Respondent :

        : Petition for Allowance of Appeal

        : from the Order of the Superior Court

        v. :

ABRAHAM MICHELE MAMAN, :

        Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 24th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.